2/24/23 2:47PM

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* ______ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Holdings Management Company** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA HMC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-3773828** |
| 4. | **Debtor's address** | **Principal place of business**<br>**8705 Bollman Place**<br>**Suite 100**<br>**Savage, MD 20763**<br>Number, Street, City, State & ZIP Code<br>**Howard**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://www.hmcoinc.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

2/24/23 2:47PM

Debtor **Holdings Management Company** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**2389**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

2/24/23 2:47PM

Debtor **Holdings Management Company** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **H.M.C., Inc.** | Relationship | |
| District | When | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

2/24/23 2:47PM

Debtor **Holdings Management Company** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 24, 2023**
MM / DD / YYYY

X **/s/ Kara Anne DiPietro**
Signature of authorized representative of debtor

**Kara Anne DiPietro**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Joseph M. Selba**
Signature of attorney for debtor

Date **February 24, 2023**
MM / DD / YYYY

**Joseph M. Selba 29181**
Printed name

**Tydings & Rosenberg LLP**
Firm name

**1 E. Pratt Street**
**Suite 901**
**Baltimore, MD 21202**
Number, Street, City, State & ZIP Code

Contact phone **410-752-9700** Email address **jselba@tydingslaw.com**

**29181 MD**
Bar number and State

2/21/23 3:20PM

# United States Bankruptcy Court
## District of Maryland

In re **Holdings Management Company** Debtor(s)

Case No. ______
Chapter **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Kara Anne DiPietro**, declare under penalty of perjury that I am the **President** of **Holdings Management Company**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kara Anne DiPietro**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kara Anne DiPietro**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kara Anne DiPietro**, **President** of this Corporation is authorized and directed to employ **Joseph M. Selba**, attorney and the law firm of **Tydings & Rosenberg LLP** to represent the corporation in such bankruptcy case."

Date 2/24/2023 Signed *Kara DiPietro*
**Kara Anne DiPietro**

Resolution of Board of Directors
of
**Holdings Management Company**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kara Anne DiPietro**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kara Anne DiPietro**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kara Anne DiPietro**, **President** of this Corporation is authorized and directed to employ **Joseph M. Selba**, attorney and the law firm of **Tydings & Rosenberg LLP** to represent the corporation in such bankruptcy case.

Date 2/24/2023 Signed Kara DiPietro

Date ______________ Signed ______________

2/24/23 2:47PM

**Fill in this information to identify the case:**

Debtor name **Holdings Management Company**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 24, 2023**

X **/s/ Kara Anne DiPietro**
Signature of individual signing on behalf of debtor

**Kara Anne DiPietro**
Printed name

**President**
Position or relationship to debtor

2/24/23 2:47PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Holdings Management Company** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **L.H. Woodworking, LLC 3 Chestnut Court Owings Mills, MD 21117** | | **trade debt** | | | | **$523,389.44** |
| **Levelset Capital 1121 Josephine Street New Orleans, LA 70130** | | **trade debt** | | | | **$301,239.80** |
| **Internal Revenue Service Centralized Insolvency Operation Post Office Box 7346 Philadelphia, PA 19101-7346** | | **taxes** | | | | **Unknown** |
| **Johnson-Lancaster and Associates 13031 US 19 N Clearwater, FL 33764** | | **trade debt** | | | | **$297,960.71** |
| **Billd Exchange, LLC 2700 W. Anderson Ln, #206 Austin, TX 78757** | | **trade debt** | | | | **$211,727.44** |
| **Wenger Corporation 555 Park Drive Owatonna, MN 55060** | | **trade debt** | | | | **$175,839.00** |
| **CapitalPlus Supply Chain Partners, LLC 2510 Solway Road Knoxville, TN 37931** | | **trade debt** | | | | **$170,377.68** |

2/24/23 2:47PM

Debtor **Holdings Management Company**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DCT Bollman MD LLC<br>c/o Prologis Management, LLC<br>6711 Columbia Gateway, Suite 130<br>Columbia, MD 21046 | | commercial lease | | | | $168,861.58 |
| Rich Moe Enterprises, LLC<br>15875 Commerce Court<br>Upper Marlboro, MD 20774 | | | Contingent<br>Unliquidated<br>Disputed | | | $150,000.00 |
| Mace Enterprises, L.L.C.<br>6650 Santa Barbara Road, Suite 1<br>Elkridge, MD 21075 | | tenant improvements | | | | $134,836.27 |
| Capital Assist, LLC<br>323 Sunny Isles Bvld., #503<br>Miami Beach, FL 33154 | | | Disputed | | | $111,183.75 |
| Comptroller of Maryland<br>Compliance Division<br>301 W. Preston St., #409<br>Baltimore, MD 21201 | | taxes | | | | Unknown |
| PetraFab, Inc.<br>2903 Whittington Ave Ste K<br>Baltimore, MD 21230 | | materials and labor | | | | $91,000.00 |
| Matthews, Terry<br>406 Trimblefields Dr<br>Edgewood, MD 21040 | | loan by employee | | | | $83,257.59 |
| Wurth Wood Group<br>6660 Santa Barbara Road<br>Elkridge, MD 21075 | | trade debt | | | | $69,806.58 |
| DK Finishing<br>44098 Mercure Circle Suite101<br>Sterling, VA 20166 | | trade debt | | | | $65,992.60 |
| Spacesaver Interiors<br>10800 Connecticut Avenue<br>Kensington, MD 20895 | | trade debt | | | | $59,617.33 |

2/24/23 2:47PM

Debtor **Holdings Management Company** Case number *(if known)*
Name

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Maraly Constructions Co., Inc.<br>13301 Parkland Drive<br>Rockville, MD 20853** | | **trade debt** | | | | **$57,580.00** |
| **Chesapeake Woodworking, Inc.<br>125 N. Kresson Street<br>Baltimore, MD 21224** | | | | | | **$53,557.07** |
| **O'Malley Wood Products<br>465 Upper Bermudian Road<br>Gardners, PA 17324** | | **trade debt** | | | | **$47,090.98** |

2/24/23 2:47PM

**Fill in this information to identify the case:**

Debtor name **Holdings Management Company**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

| | | |
|---|---|---|
| 1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B) | | |
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **4,401,707.62** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **4,401,707.62** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **2,691,628.91** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **447,584.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **3,282,762.31** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **6,421,975.22** |

2/24/23 2:47PM

**Fill in this information to identify the case:**

Debtor name **Holdings Management Company**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*<br>Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Sandy Spring Bank** | | | **Unknown** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$0.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit with landlord** | **$25,441.83** |
| 7.2. | **Security Deposit with BG&E** | **$0.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9. **Total of Part 2.** **$25,441.83**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **2,224,943.58** | - | **44,498.87** | = .... | **$2,180,444.71** |
| 11b. Over 90 days old: | **337,691.91** | - | **6,753.84** | =.... | **$330,938.07** |

12. **Total of Part 3.** **$2,511,382.78**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**materials** | | **$0.00** | | **$50,000.00** |
| 20. | **Work in progress**<br>**work in progress** | | **$0.00** | | **$75,000.00** |
| 21. | **Finished goods, including goods held for resale**<br>**finished goods, stored material** | | **$0.00** | | **$327,315.06** |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.** **$452,315.06**
Add lines 19 through 22. Copy the total to line 84.

Debtor **Holdings Management Company** Case number *(If known)*
Name

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value **0.00** Valuation method Current Value **0.00**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **office equipment and furnishings** | **$0.00** | | **$168,057.50** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$168,057.50**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Dodge Grand Caravan** | **$0.00** | | **$20,640.00** |
| 47.2. **Landrover Range Rover** | **$0.00** | | **$53,245.46** |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **machinery and equipment** | **$0.00** | | **$470,624.99** |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$544,510.45**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **8705 Bollman Place, Suite 100 - office and warehouse facility** | **lease** | **Unknown** | | **Unknown** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88. **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

Debtor **Holdings Management Company** Case number *(If known)*
Name

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| | | |
|---|---|---|
| **ERTC credits** | Tax year | **Unknown** |

73. **Interests in insurance policies or annuities**

| | |
|---|---|
| **key man policy** | **$0.00** |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | |
|---|---|---|
| **Holder Construction** | | **$550,000.00** |
| **Nature of claim** | **claims for damages from wrongful withholding of payments** | |
| **Amount requested** | **$550,000.00** | |

| | | |
|---|---|---|
| **Grunley Construction** | | **$150,000.00** |
| **Nature of claim** | **claims for damages for wrongful withholding of payments** | |
| **Amount requested** | **$150,000.00** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** **$700,000.00**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor **Holdings Management Company** Case number *(If known)*
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$0.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$25,441.83** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$2,511,382.78** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$452,315.06** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$168,057.50** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$544,510.45** | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$700,000.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$4,401,707.62** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$4,401,707.62** |

2/24/23 2:47PM

**Fill in this information to identify the case:**

Debtor name **Holdings Management Company**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 ENGS Commercial Finance**
Creditor's Name

**One Pierce Place**
**Suite 1100 West**
**Itasca, IL 60143**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**HOMAG Centateq N700 CNC Machine**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$133,741.22**

Column B: **Unknown**

---

**2.2 Ford Motor Credit Company**
Creditor's Name

**One America Road**
**Dearborn, MI 48126**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**Dodge Grand Caravan**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$2,909.96**

Column B: **$20,640.00**

2/24/23 2:47PM

Debtor **Holdings Management Company** Case number (if known)
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 **Howard County Economic Development**
Creditor's Name
**6751 Columbia Gateway Dr.**
**Suite 500**
**Columbia, MD 21046**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**- blanket lien junior to Sandy Spring Bank**
**- first lien on three items: air compressor; pinch roller; dust collector**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$404,090.84** **$0.00**

---

2.4 **Sandy Spring Bank**
Creditor's Name
**17801 Georgia Avenue**
**Olney, MD 20832**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**blanket lien**

**Describe the lien**
**Business Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,623,105.70** **$0.00**

---

2.5 **State Employees Credit Union of Maryland**
Creditor's Name
**971 Corporate Boulevard**
**Linthicum Heights, MD 21090**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**$404,098.96** **Unknown**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 **Stiles Machinery Inc.**
Creditor's Name

**3965 44th St. SE**
**Grand Rapids, MI 49512**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**HOMAG Edgebander, MODEL: EDGETEQ 4.4 SERVO**

**Describe the lien**
**Equipment Financing**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$96,480.96** **Unknown**

---

2.7 **Truist**
Creditor's Name

**214 N Tryon St**
**Charlotte, NC 28202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Landrover Range Rover**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,000.00** **$53,245.46**

2/24/23 2:47PM

Debtor **Holdings Management Company**
Name

Case number (if known)

2.8 **Wells Fargo**
Creditor's Name

**420 Montgomery Street**
**San Francisco, CA 94104**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**forklift**

**$2,201.27** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$2,691,628.91**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Marc Shach, Esq**<br>**305 W. Chesapeake Ave, #510**<br>**Towson, MD 21204** | Line **2.5** | |
| **Michael Nord, Esq.**<br>**One South Street, Suite 2200**<br>**Baltimore, MD 21202** | Line **2.4** | |

2/24/23 2:47PM

**Fill in this information to identify the case:**

Debtor name **Holdings Management Company**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Commonwealth of Virginia**<br>**1957 Westmoreland Street**<br>**Richmond, VA 23230** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,584.00** | **$2,584.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Comptroller of Maryland**<br>**Compliance Division**<br>**301 W. Preston St., #409**<br>**Baltimore, MD 21201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,000.00** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Holdings Management Company** Case number (if known)
Name

**2.3** Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operation**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$300,000.00** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.4** Priority creditor's name and mailing address
**Pennsylvania Department of Revenue**
**1 Department of Revenue**
**Harrisburg, PA 17101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$45,000.00** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**A & M Hardware, Inc**
**1165 Strickler Road**
**Mount Joy, PA 17552**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$1,028.00**

**3.2** **Nonpriority creditor's name and mailing address**
**A & M Supply Corp.**
**6701 90th Avenue N**
**Pinellas Park, FL 33782**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$20,021.30**

**3.3** **Nonpriority creditor's name and mailing address**
**Adobe Systems Inc.**
**29322 Network Pl**
**Chicago, IL 60673**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$3,301.60**

2/24/23 2:47PM

Debtor **Holdings Management Company** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Advance Business Systems**<br>**1236 N Monroe St**<br>**Tallahassee, FL 32303**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,685.05** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Advantage Industries Inc.**<br>**6325 Woodside Court, Suite 200**<br>**Columbia, MD 21046**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,111.27** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Aflac**<br>**1932 Wynnton Rd**<br>**Columbus, GA 31999**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,258.39** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Alliance Material Handling, Inc.**<br>**8320 Sherwick Ct**<br>**Jessup, MD 20794**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,243.38** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**ASSI Fabricators, LLC**<br>**11270 Old Baltimore Pike**<br>**Beltsville, MD 20705**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,080.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**AWI Quality Certification Corp.**<br>**46179 Westlake Drive, Suite 120**<br>**Sterling, VA 20165**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,772.24** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Baltimore Gas & Electric**<br>**100 Constellation Way**<br>**Baltimore, MD 21202**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,115.76** |

Debtor **Holdings Management Company** Case number (if known)
Name

3.11 **Nonpriority creditor's name and mailing address**
**Billd Exchange, LLC**
**2700 W. Anderson Ln, #206**
**Austin, TX 78757**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$211,727.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
**BMG Metals, Inc.**
**6945 San Thomas Rd**
**Elkridge, MD 21075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$555.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
**Brickstone Group**
**1201 N Orange St, Ste 7140**
**Wilmington, DE 19801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**C.D.S. Business Services, Inc.**
**c/o Eliot Kirshnitz, Esq.**
**1981 Marcus Avenue, Suite 130**
**New Hyde Park, NY 11042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**Capital Assist, LLC**
**323 Sunny Isles Bvld., #503**
**Miami Beach, FL 33154**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$111,183.75**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**CapitalPlus Supply Chain Partners, LLC**
**2510 Solway Road**
**Knoxville, TN 37931**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$170,377.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
**Chesapeake Plywood LLC**
**3400 E Biddle St**
**Baltimore, MD 21213**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,836.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Chesapeake Woodworking, Inc.**<br>**125 N. Kresson Street**<br>**Baltimore, MD 21224**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$53,557.07** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Cintas**<br>**800 Cintas Boulevard**<br>**Cincinnati, OH 45262**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$841.68** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Comcast**<br>**1701 JFK Boulevard**<br>**Philadelphia, PA 19103**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,046.11** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Complete Business Solutions Group**<br>**22 N 3rd Street**<br>**Philadelphia, PA 19106**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Counter Collective, Inc.**<br>**2026 Lord Baltimore Drive**<br>**Windsor Mill, MD 21244**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,656.10** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Culligan of Annapolis**<br>**441 Defense Hwy Ste J**<br>**Annapolis, MD 21401**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$313.50** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**D.S. Brown Machinery, Inc.**<br>**3240 Back Mountain Road**<br>**Winchester, VA 22602**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,252.53** |

**3.25 Nonpriority creditor's name and mailing address**
**DCT Bollman MD LLC**
**c/o Prologis Management, LLC**
**6711 Columbia Gateway, Suite 130**
**Columbia, MD 21046**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$168,861.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** commercial lease
Is the claim subject to offset? ■ No ☐ Yes

**3.26 Nonpriority creditor's name and mailing address**
**Dinosaw, Inc.**
**340 Power Avenue**
**Hudson, NY 12534**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$877.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.27 Nonpriority creditor's name and mailing address**
**DK Finishing**
**44098 Mercure Circle Suite101**
**Sterling, VA 20166**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$65,992.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.28 Nonpriority creditor's name and mailing address**
**Dzurek, Gerald**
**8174 Minots Ledge Ave.**
**Las Vegas, NV 89147**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$85,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** professional services
Is the claim subject to offset? ■ No ☐ Yes

**3.29 Nonpriority creditor's name and mailing address**
**Fastenal Company**
**2001 Theurer Blvd.**
**Winona, MN 55987**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$636.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.30 Nonpriority creditor's name and mailing address**
**HardHat Workforce Solutions, LLC**
**1302 Jefferson Rd**
**Greensboro, NC 27410**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,623.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.31 Nonpriority creditor's name and mailing address**
**Hofmeister & Breza**
**11019 McCormick Road Ste 400**
**Hunt Valley, MD 21031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,735.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
**Idea 247, Inc.**
**200 SE 1ST ST, Ste 703**
**Miami, FL 33131**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.33 **Nonpriority creditor's name and mailing address**
**Johnson-Lancaster and Associates**
**13031 US 19 N**
**Clearwater, FL 33764**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

**$297,960.71**

---

3.34 **Nonpriority creditor's name and mailing address**
**Knightsbridge**
**1706 Avenue M**
**Brooklyn, NY 11230**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.35 **Nonpriority creditor's name and mailing address**
**Knoll Textiles**
**811 W Fulton Mkt**
**Chicago, IL 60607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$1,819.60**

---

3.36 **Nonpriority creditor's name and mailing address**
**KSW Millwork**
**12504 Pen Mar Road**
**Waynesboro, PA 17268**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$39,388.53**

---

3.37 **Nonpriority creditor's name and mailing address**
**L.H. Woodworking, LLC**
**3 Chestnut Court**
**Owings Mills, MD 21117**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

**$523,389.44**

---

3.38 **Nonpriority creditor's name and mailing address**
**LBS Corporation**
**11408 Pulaski Highway**
**White Marsh, MD 21162**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$1,427.45**

2/24/23 2:47PM

Debtor **Holdings Management Company** Case number (if known)

Name

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Levelset Capital**<br>**1121 Josephine Street**<br>**New Orleans, LA 70130**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$301,239.80** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**LUUM**<br>**350 Fellowship Road, Suite 100**<br>**Mount Laurel, NJ 08054**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,115.81** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Lynn Ladder & Scaffolding**<br>**110 Ritchie Rd.**<br>**Capitol Heights, MD 20791**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,503.95** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Mace Enterprises, L.L.C.**<br>**6650 Santa Barbara Road, Suite 1**<br>**Elkridge, MD 21075**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** tenant improvements<br>Is the claim subject to offset? ■ No ☐ Yes | **$134,836.27** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Maraly Constructions Co., Inc.**<br>**13301 Parkland Drive**<br>**Rockville, MD 20853**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$57,580.00** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Matthews, Terry**<br>**406 Trimblefields Dr**<br>**Edgewood, MD 21040**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** loan by employee<br>Is the claim subject to offset? ■ No ☐ Yes | **$83,257.59** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Microvellum Software**<br>**444 S. Haskett Street**<br>**Central Point, OR 97502**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$690.88** |

2/24/23 2:47PM

Debtor **Holdings Management Company** Case number (if known)
Name

3.46 **Nonpriority creditor's name and mailing address**
**O'Malley Wood Products**
**465 Upper Bermudian Road**
**Gardners, PA 17324**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$47,090.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.47 **Nonpriority creditor's name and mailing address**
**Olympic Upholstery Company, Inc.**
**6309 Belair Road**
**Baltimore, MD 21206**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$41,125.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.48 **Nonpriority creditor's name and mailing address**
**OMA**
**2 MIRANOVA PLACE, SUITE 700**
**Columbus, OH 43215**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,940.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.49 **Nonpriority creditor's name and mailing address**
**PetraFab, Inc.**
**2903 Whittington Ave Ste K**
**Baltimore, MD 21230**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$91,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** materials and labor
Is the claim subject to offset? ■ No ☐ Yes

3.50 **Nonpriority creditor's name and mailing address**
**Pitney Bowes**
**3001 Summer Street**
**Stamford, CT 06926**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,207.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.51 **Nonpriority creditor's name and mailing address**
**Powder Coat Finishes LLC**
**4401 Eastern Avenue Bldg. 49A**
**Baltimore, MD 21224**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,956.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.52 **Nonpriority creditor's name and mailing address**
**Principal Life Insurance Company**
**711 High Street**
**Des Moines, IA 50392**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Holdings Management Company** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Printing & Promotional Unlimited, Inc.**<br>**953 FALL CIRCLE WAY**<br>**Gambrills, MD 21054**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$344.50** |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**PSR Construction & Management LLC**<br>**14719 Baltimore Avenue Unit C**<br>**Laurel, MD 20707**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,220.65** |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**QFS Capital LLC**<br>**16192 Coastal Hwy**<br>**Lewes, DE 19958**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Republic Services #050**<br>**260 W Dickman Street**<br>**Baltimore, MD 21230**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$468.74** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Rich Moe Enterprises, LLC**<br>**15875 Commerce Court**<br>**Upper Marlboro, MD 20774**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$150,000.00** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Richelieu**<br>**7021 Sterling Ponds**<br>**Sterling Heights, MI 48312**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,626.48** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Ryan, Ronald**<br>**114 Terrace Drive**<br>**Prince Frederick, MD 20678**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,645.43** |

**3.60** **Nonpriority creditor's name and mailing address**
**Ryder Transportation Services**
**6000 Windward Parkway**
**Alpharetta, GA 30005**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,978.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.61** **Nonpriority creditor's name and mailing address**
**Saxton & Stump**
**280 Granite Run Drive, Suite 300**
**Lancaster, PA 17601**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.62** **Nonpriority creditor's name and mailing address**
**Sherwin Williams**
**101 W. Prospect Ave**
**Cleveland, OH 44115**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,063.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.63** **Nonpriority creditor's name and mailing address**
**Sieling & Jones Inc.**
**127 Pleasant Ave**
**New Freedom, PA 17349**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.64** **Nonpriority creditor's name and mailing address**
**Skyward Specialty Insurance**
**800 Gessner Road, Suite 600**
**Houston, TX 77024**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

**3.65** **Nonpriority creditor's name and mailing address**
**Spacesaver Interiors**
**10800 Connecticut Avenue**
**Kensington, MD 20895**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$59,617.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.66** **Nonpriority creditor's name and mailing address**
**Stainless Works, Inc.**
**5270 Cutter Ct Ste A**
**Prince Frederick, MD 20678**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,050.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

2/24/23 2:47PM

Debtor **Holdings Management Company** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Sunbelt Rentals, Inc.**<br>**2341 Deerfield Dr**<br>**Fort Mill, SC 29715**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$23,617.89** |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**SWEPT Facility Services**<br>**924 N Charles Street, FL 3**<br>**Baltimore, MD 21201**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,911.52** |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**TimeClock Plus, LLC**<br>**1 Time Clock Drive S**<br>**San Angelo, TX 76904**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$921.86** |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Transamerica Premier Life Insurance Co.**<br>**3700 Koppers St**<br>**Halethorpe, MD 21227**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Travelers**<br>**One Tower Square**<br>**Hartford, CT 06183**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,737.30** |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Uline**<br>**12575 Uline Drive**<br>**Pleasant Prairie, WI 53158**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,198.49** |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Unishippers**<br>**746 E Winchester St**<br>**Salt Lake City, UT 84107**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$20,592.67** |

2/24/23 2:47PM

Debtor **Holdings Management Company** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.74 | **Velocity-The Drafting Pros**<br>**18604 Melvin**<br>**Roseville, MI 48066**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,752.00** |
| 3.75 | **W.B. Mason Co., Inc.**<br>**59 Centre St**<br>**Brockton, MA 02301**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,502.13** |
| 3.76 | **Wenger Corporation**<br>**555 Park Drive**<br>**Owatonna, MN 55060**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$175,839.00** |
| 3.77 | **White Cap Supply Holdings, LLC**<br>**2960 Washington Blvd**<br>**Baltimore, MD 21230**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,447.50** |
| 3.78 | **Wurth Wood Group**<br>**6660 Santa Barbara Road**<br>**Elkridge, MD 21075**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$69,806.58** |
| 3.79 | **ZBest Incorporated**<br>**10641A Trinity Church Road**<br>**Charlotte Hall, MD 20622**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,200.00** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **C. Edward Hartman, III, Esq.**<br>**116 Defense Hwy, #300**<br>**Annapolis, MD 21401** | Line 3.33<br>☐ Not listed. Explain ____ | _ |

2/24/23 2:47PM

Debtor **Holdings Management Company** Case number (if known)
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Daniel Miktus, Esq.**<br>**750 9th Street, NW**<br>**Suite 750**<br>**Washington, DC 20001** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **David Gillis, Esq.**<br>**600 Washington Avenue, Suite 303**<br>**Towson, MD 21204** | Line **3.64**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Douglas R. Blecki, Jr., Esq.**<br>**11200 Rockville Pike, Suite 520**<br>**Rockville, MD 20852** | Line **3.78**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Isaac Greenfield, Esq.**<br>**2 Executve Blvd., Ste 305**<br>**Suffern, NY 10901** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Jeremy Wyatt, Esq.**<br>**40 W. Chesapeake Ave., #600**<br>**Towson, MD 21204** | Line **3.57**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Richard M. Kind, Esq.**<br>**One Church Lane**<br>**Pikesville, MD 21208-3709** | Line **3.55**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Richard Schimel, Esq.**<br>**7315 Wisconsin Ave, #800 West**<br>**Bethesda, MD 20814-3244** | Line **3.37**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Sean Klein, Esq.**<br>**308 West Pennsylania Ave**<br>**Towson, MD 21204** | Line **3.42**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **447,584.00** |
| **5b. Total claims from Part 2** | 5b. | + | $ **3,282,762.31** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **3,730,346.31** |

2/24/23 2:47PM

**Fill in this information to identify the case:**

Debtor name **Holdings Management Company**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **lease for 8705 Bollman Place, #100** | |
| State the term remaining | **through 10/31/2028** | **DCT Bollman MD LLC**<br>**c/o Prologis Management, LLC**<br>**6711 Columbia Gateway, Suite 130**<br>**Columbia, MD 21046** |
| List the contract number of any government contract | | |

2/24/23 2:47PM

**Fill in this information to identify the case:**

Debtor name **Holdings Management Company**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Kara Anne DiPietro** | **1836 Landrake Rd**<br>**Towson, MD 21204** | | ☐ D ______<br>☐ E/F ______<br>☐ G ______ |

2/24/23 2:47PM

**Fill in this information to identify the case:**

Debtor name **Holdings Management Company**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$4,677,990.48** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|
| 3.1. **Idea Financial** | | **$15,248.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **Billd Exchange** | | **$68,627.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **QFS Capital** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **TOT Capital** | | **$189,676.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **Aegis** | **paid by Holder Construction** | **$60,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **Latta Construction** | **paid by Holder Construction** | **$79,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. **Tydings & Rosenberg LLP** | **01/13/2023** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ryder Transportation Services**<br>**201 Northpoint Blvd.**<br>**Baltimore, MD 21224** | **truck** | **January 2023** | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **State Employees Credit Union of Maryland, Incorporated vs. Holdings Management Company, et al.**<br>**C-03-CV-23-000473** | **Confessed Judgment** | **Circuit Court for Baltimore County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Johnson-Lancaster and Associates, Inc. vs. Holdings Management Company, et al.**<br>**C-13-CV-22-000042** | **Contract-Success or Liability** | **Circuit Court For Howard County** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.3. | **Rich Moe Enterprises, LLC vs. H.M.C., Inc., et al.**<br>**C-13-CV-21-000286** | **Contract-Success or Liability** | **Circuit Court for Howard County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Newtek Small Business Finance, LLC vs. Kara DiPietro, et al.**<br>**D-101-CV-19-011626** | **replevin** | **District Court For Howard County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

2/24/23 2:47PM

Debtor **Holdings Management Company** Case number *(if known)*

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:** **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Tydings & Rosenberg, LLP**<br>**100 East Pratt Street**<br>**26th Floor**<br>**Baltimore, MD 21202** | **40,000 retainer + 3,476 filing fees** | **February 13, 2023** | **$43,476.00** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

2/24/23 2:47PM

Debtor **Holdings Management Company** Case number *(if known)*

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **7190 Oakland Mills Rd, #10**<br>**Columbia, MD 21046** | |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America**<br>**(two accounts)** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | **$0.00** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **SECU** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Baux Raw Materials** | | | **Unknown** |

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **SJO Partners**<br>**22 Candle Lane**<br>**East Brunswick, NJ 08816** | |
| 26a.2. **Josh Persing**<br>**7531 Honey Locust Lane**<br>**Hanover, MD 21076** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **SJO Partners**<br>**22 Candle Lane**<br>**East Brunswick, NJ 08816** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Sandy Spring Bank** |
| 26d.2. | **SECU** |
| 26d.3. | **HCEDA** |
| 26d.4. | **WBENC** |
| 26d.5. | **MDOT** |
| 26d.6. | **MNAA** |
| 26d.7. | **Skyward** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kara DiPietro** | | **President** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor **Holdings Management Company** Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Kara DiPietro** | **spreadsheet of payments attached** | | **salary/distributions/expenses** |
| | Relationship to debtor<br>**owner/officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 24, 2023**

**/s/ Kara Anne DiPietro**
Signature of individual signing on behalf of the debtor

**Kara Anne DiPietro**
Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- ■ No
- ☐ Yes

# United States Bankruptcy Court
## District of Maryland

In re **Holdings Management Company** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kara DiPietro**<br>**1836 Landrake Rd**<br>**Towson, MD 21204** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 24, 2023**

Signature ***/s/* Kara Anne DiPietro**
**Kara Anne DiPietro**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re **Holdings Management Company** Case No. ______
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 24, 2023**

**/s/ Kara Anne DiPietro**
**Kara Anne DiPietro**/**President**
Signer/Title

Holdings Management Company
8705 Bollman Place
Suite 100
Savage, MD 20763

Joseph M. Selba
Tydings & Rosenberg LLP
1 E. Pratt Street
Suite 901
Baltimore, MD 21202

A & M Hardware, Inc
1165 Strickler Road
Mount Joy, PA 17552

A & M Supply Corp.
6701 90th Avenue N
Pinellas Park, FL 33782

Adobe Systems Inc.
29322 Network Pl
Chicago, IL 60673

Advance Business Systems
1236 N Monroe St
Tallahassee, FL 32303

Advantage Industries Inc.
6325 Woodside Court, Suite 200
Columbia, MD 21046

Aflac
1932 Wynnton Rd
Columbus, GA 31999

Alliance Material Handling, Inc.
8320 Sherwick Ct
Jessup, MD 20794

ASSI Fabricators, LLC
11270 Old Baltimore Pike
Beltsville, MD 20705

AWI Quality Certification Corp.
46179 Westlake Drive, Suite 120
Sterling, VA 20165

Baltimore Gas & Electric
100 Constellation Way
Baltimore, MD 21202

Billd Exchange, LLC
2700 W. Anderson Ln, #206
Austin, TX 78757

BMG Metals, Inc.
6945 San Thomas Rd
Elkridge, MD 21075

Brickstone Group
1201 N Orange St, Ste 7140
Wilmington, DE 19801

C. Edward Hartman, III, Esq.
116 Defense Hwy, #300
Annapolis, MD 21401

C.D.S. Business Services, Inc.
c/o Eliot Kirshnitz, Esq.
1981 Marcus Avenue, Suite 130
New Hyde Park, NY 11042

Capital Assist, LLC
323 Sunny Isles Bvld., #503
Miami Beach, FL 33154

CapitalPlus Supply Chain Partners, LLC
2510 Solway Road
Knoxville, TN 37931

Chesapeake Plywood LLC
3400 E Biddle St
Baltimore, MD 21213

Chesapeake Woodworking, Inc.
125 N. Kresson Street
Baltimore, MD 21224

Cintas
800 Cintas Boulevard
Cincinnati, OH 45262

Comcast
1701 JFK Boulevard
Philadelphia, PA 19103

Commonwealth of Virginia
1957 Westmoreland Street
Richmond, VA 23230

Complete Business Solutions Group
22 N 3rd Street
Philadelphia, PA 19106

Comptroller of Maryland
Compliance Division
301 W. Preston St., #409
Baltimore, MD 21201

Counter Collective, Inc.
2026 Lord Baltimore Drive
Windsor Mill, MD 21244

Culligan of Annapolis
441 Defense Hwy Ste J
Annapolis, MD 21401

D.S. Brown Machinery, Inc.
3240 Back Mountain Road
Winchester, VA 22602

Daniel Miktus, Esq.
750 9th Street, NW
Suite 750
Washington, DC 20001

David Gillis, Esq.
600 Washington Avenue, Suite 303
Towson, MD 21204

DCT Bollman MD LLC
c/o Prologis Management, LLC
6711 Columbia Gateway, Suite 130
Columbia, MD 21046

Dinosaw, Inc.
340 Power Avenue
Hudson, NY 12534

DK Finishing
44098 Mercure Circle Suite101
Sterling, VA 20166

Douglas R. Blecki, Jr., Esq.
11200 Rockville Pike, Suite 520
Rockville, MD 20852

Dzurek, Gerald
8174 Minots Ledge Ave.
Las Vegas, NV 89147

ENGS Commercial Finance
One Pierce Place
Suite 1100 West
Itasca, IL 60143

Fastenal Company
2001 Theurer Blvd.
Winona, MN 55987

Ford Motor Credit Company
One America Road
Dearborn, MI 48126

HardHat Workforce Solutions, LLC
1302 Jefferson Rd
Greensboro, NC 27410

Hofmeister & Breza
11019 McCormick Road Ste 400
Hunt Valley, MD 21031

Howard County Economic Development
6751 Columbia Gateway Dr. Suite 500
Columbia, MD 21046

Idea 247, Inc.
200 SE 1ST ST, Ste 703
Miami, FL 33131

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Isaac Greenfield, Esq.
2 Executve Blvd., Ste 305
Suffern, NY 10901

Jeremy Wyatt, Esq.
40 W. Chesapeake Ave., #600
Towson, MD 21204

Johnson-Lancaster and Associates
13031 US 19 N
Clearwater, FL 33764

Kara Anne DiPietro
1836 Landrake Rd
Towson, MD 21204

Knightsbridge
1706 Avenue M
Brooklyn, NY 11230

Knoll Textiles
811 W Fulton Mkt
Chicago, IL 60607

KSW Millwork
12504 Pen Mar Road
Waynesboro, PA 17268

L.H. Woodworking, LLC
3 Chestnut Court
Owings Mills, MD 21117

LBS Corporation
11408 Pulaski Highway
White Marsh, MD 21162

Levelset Capital
1121 Josephine Street
New Orleans, LA 70130

LUUM
350 Fellowship Road, Suite 100
Mount Laurel, NJ 08054

Lynn Ladder & Scaffolding
110 Ritchie Rd.
Capitol Heights, MD 20791

Mace Enterprises, L.L.C.
6650 Santa Barbara Road, Suite 1
Elkridge, MD 21075

Maraly Constructions Co., Inc.
13301 Parkland Drive
Rockville, MD 20853

Marc Shach, Esq
305 W. Chesapeake Ave, #510
Towson, MD 21204

Matthews, Terry
406 Trimblefields Dr
Edgewood, MD 21040

Michael Nord, Esq.
One South Street, Suite 2200
Baltimore, MD 21202

Microvellum Software
444 S. Haskett Street
Central Point, OR 97502

O'Malley Wood Products
465 Upper Bermudian Road
Gardners, PA 17324

Olympic Upholstery Company, Inc.
6309 Belair Road
Baltimore, MD 21206

OMA
2 MIRANOVA PLACE, SUITE 700
Columbus, OH 43215

Pennsylvania Department of Revenue
1 Department of Revenue
Harrisburg, PA 17101

PetraFab, Inc.
2903 Whittington Ave Ste K
Baltimore, MD 21230

Pitney Bowes
3001 Summer Street
Stamford, CT 06926

Powder Coat Finishes LLC
4401 Eastern Avenue Bldg. 49A
Baltimore, MD 21224

Principal Life Insurance Company
711 High Street
Des Moines, IA 50392

Printing & Promotional Unlimited, Inc.
953 FALL CIRCLE WAY
Gambrills, MD 21054

PSR Construction & Management LLC
14719 Baltimore Avenue Unit C
Laurel, MD 20707

QFS Capital LLC
16192 Coastal Hwy
Lewes, DE 19958

Republic Services #050
260 W Dickman Street
Baltimore, MD 21230

Rich Moe Enterprises, LLC
15875 Commerce Court
Upper Marlboro, MD 20774

Richard M. Kind, Esq.
One Church Lane
Pikesville, MD 21208-3709

Richard Schimel, Esq.
7315 Wisconsin Ave, #800 West
Bethesda, MD 20814-3244

Richelieu
7021 Sterling Ponds
Sterling Heights, MI 48312

Ryan, Ronald
114 Terrace Drive
Prince Frederick, MD 20678

Ryder Transportation Services
6000 Windward Parkway
Alpharetta, GA 30005

Sandy Spring Bank
17801 Georgia Avenue
Olney, MD 20832

Saxton & Stump
280 Granite Run Drive, Suite 300
Lancaster, PA 17601

Sean Klein, Esq.
308 West Pennsylania Ave
Towson, MD 21204

Sherwin Williams
101 W. Prospect Ave
Cleveland, OH 44115

Sieling & Jones Inc.
127 Pleasant Ave
New Freedom, PA 17349

Skyward Specialty Insurance
800 Gessner Road, Suite 600
Houston, TX 77024

Spacesaver Interiors
10800 Connecticut Avenue
Kensington, MD 20895

Stainless Works, Inc.
5270 Cutter Ct Ste A
Prince Frederick, MD 20678

State Employees Credit Union of Maryland
971 Corporate Boulevard
Linthicum Heights, MD 21090

Stiles Machinery Inc.
3965 44th St. SE
Grand Rapids, MI 49512

Sunbelt Rentals, Inc.
2341 Deerfield Dr
Fort Mill, SC 29715

SWEPT Facility Services
924 N Charles Street, FL 3
Baltimore, MD 21201

TimeClock Plus, LLC
1 Time Clock Drive S
San Angelo, TX 76904

Transamerica Premier Life Insurance Co.
3700 Koppers St
Halethorpe, MD 21227

Travelers
One Tower Square
Hartford, CT 06183

Truist
214 N Tryon St
Charlotte, NC 28202

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

Unishippers
746 E Winchester St
Salt Lake City, UT 84107

Velocity-The Drafting Pros
18604 Melvin
Roseville, MI 48066

W.B. Mason Co., Inc.
59 Centre St
Brockton, MA 02301

Wells Fargo
420 Montgomery Street
San Francisco, CA 94104

Wenger Corporation
555 Park Drive
Owatonna, MN 55060

White Cap Supply Holdings, LLC
2960 Washington Blvd
Baltimore, MD 21230

Wurth Wood Group
6660 Santa Barbara Road
Elkridge, MD 21075

ZBest Incorporated
10641A Trinity Church Road
Charlotte Hall, MD 20622

2/24/23 2:47PM

# United States Bankruptcy Court
## District of Maryland

In re **Holdings Management Company** Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Holdings Management Company** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 24, 2023**
Date

**/s/ Joseph M. Selba**
**Joseph M. Selba 29181**
Signature of Attorney or Litigant
Counsel for **Holdings Management Company**

**Tydings & Rosenberg LLP**
**1 E. Pratt Street**
**Suite 901**
**Baltimore, MD 21202**
**410-752-9700**
**jselba@tydingslaw.com**