Entered: February 20, 2024
Signed: February 20, 2024

**SO ORDERED**

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

---

**In re: Case No.: 23−11233 − NVA Chapter: 7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Holdings Management Company<br>dba HMC<br>1301 York Road<br>Suite 800 & 1200<br>Lutherville, MD 21093 | H.M.C., Inc.<br>c/o Holdings Management Company<br>1301 York Road<br>Suite 800 & 1200<br>Lutherville, MD 21093 |
| Social Security No.: | |
| Employer's Tax I.D. No.: 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 | 52−2005467 |

---

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 2/24/23.

The estate of the above−named debtor has been fully administered.

ORDERED, that Morgan W. Fisher is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec − *LaurieArter***